UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHRISTOPHER LEE WILLIAMS,        )
                                 )
            Plaintiff,           )
                                 )        CIVIL ACTION NO.
VS.                              )
                                 )        3:07-CV-0295-G
MICHAEL JAMES ASTRUE,            )
Commissioner, Social Security    )              **ECF**
Administration,                  )
                                 )
            Defendant.           )

## <u>ORDER</u>

The court has under consideration the findings, conclusions, and
recommendation of United States Magistrate Judge Paul D. Stickney, regarding the
bench trial in this case.  Plaintiff filed objections, and the district court has made a *de
novo* review of those portions of the proposed findings, conclusions, and
recommendation to which objection was made.  The objections are **OVERRULED**,
and the court **ACCEPTS** the findings, conclusions, and recommendation of the
United States Magistrate Judge.

**SO ORDERED**.

March 27, 2008.

A. JOE FISH
**Senior United States District Judge**